■ GUSSIE MARTVOY, Appellant, v. CITY OF NEW YORK et al., Respondents. MICHAEL J. MUSALO, Third-Party Plaintiff-Respondent, v. LOUIS AMBROSIO, JR., et al., Individually and as Copartners Doing Business under the Name of AMBROSIO BROS., Third-Party Defendants-Respondents. CITY OF NEW YORK, Fourth-Party Plaintiff-Respondent, v. LOUIS AMBROSIO, JR., et al., Individually and as Copartners Doing Business as AMBROSIO BROS., Fourth-Party Defendants-Respondents.— Motion by respondents Montague Realty Co., Inc., Michael J. Musalo, and the City of New York, to dismiss the appeal, granted. Appeal dismissed, without costs (see *Mascia* v. *Torinese*, 9 A D 2d, 772; Seventeenth Annual Report of N. Y. Judicial Council, 1951, pp. 208–210). Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN H. BILL-MAN, Defendant.— Motion by defendant to dispense with printing and for assignment of counsel denied on the ground that the motion is premature. It appears that the defendant has not yet been sentenced and that no judgment of conviction has been entered. Until the entry of the judgment of conviction no appeal may be taken. Motion by plaintiff to dismiss appeal granted. Until the entry of the judgment of conviction no appeal lies. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BRAM, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file six copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esquire, 100 Centre St., New York 13, New York, is assigned as counsel to prosecute the appeal. , Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER A. CALITRI, Appellant.— Motion by appellant to dispense with printing granted. The appeals will be heard on the original papers and on appellant's brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeals is enlarged to the February Term, commencing January 30, 1961; the appeals are ordered on the calendar for said term. Motion for assignment of counsel denied. The appeals are from orders denying without a hearing appellant's *coram nobis* applications. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of his appeals or has full knowledge of their contents. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN CARTER, Defendant.— Motion by defendant to dispense with printing and for assignment of counsel. Motion dismissed. There is no appeal pending. It appears that while a copy of the order from which defendant seeks to appeal was served upon him on October 5, 1960, he has failed: (1) to file a notice of appeal in the office of the Clerk of the County Court, and (2) to serve a notice of appeal upon the District Attorney, as prescribed by law (Code Crim. Pro., §§ 521, 522, 523). Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.